**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LORI LOVE-MONTES,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| **vs.** | **)** | |
| | **)** | **Case No. 4:21cv02864** |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | **)** | |
| | **)** | |
| | **)** | |
| **Defendant.** | **)** | |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Lori Love-Montes and Defendant Liberty Life Assurance Company of Boston hereby give notice that this case has settled. The parties are working on finalizing settlement documents at this time. The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

Dated this 25th day of July 2022.

Respectfully submitted,

By: /s/ Marc S. Whitehead (w/permission)

Marc S. Whitehead, Attorney-in-Charge
State Bar of Texas No. 00785238
S.D. of Texas Bar No. 15465
Anthony Vessel
State Bar of Texas No. 24084019
S.D. of Texas Bar No. 1692384
Britney Anne Heath McDonald
State Bar of Texas No. 24083158
S.D. of Texas Bar No. 2621983
Madison Tate Donaldson
State Bar of Texas No. 24105812
S.D. of Texas Bar No. 3151467
MARC WHITEHEAD & ASSOCIATES
403 Heights Boulevard
Houston, Texas 77007
PH: (713) 228-8888
FX: (713) 225-0940

Email: marc@marcwhitehead.com
Email: anthony@marcwhitehead.com
Email: britney@marcwhitehead.com
Email: madison@marcwhitehead.com

ATTORNEYS FOR PLAINTIFF

**- AND -**

By: /s/ Iwana Rademaekers

Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Marc S. Whitehead, Attorney-in-Charge
Email: marc@marcwhitehead.com

July 25, 2022
Date

/s/ Iwana Rademaekers
Iwana Rademaekers