United States District Court
Southern District of Texas
**ENTERED**
August 11, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LORI LOVE-MONTES, | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-02864 |
| | § | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is Plaintiff and Defendant's Joint Stipulation of Dismissal. Doc. #13. It is hereby ordered that this action be DISMISSED with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own attorney's fees and costs.

It is so ORDERED.

AUG 0 9 2022

______________________
Date

______________________
The Honorable Alfred H. Bennett
United States District Judge